# BLACK | HELTERLINE LLP

ATTORNEYS AND COUNSELORS AT LAW

RONALD T. ADAMS
Direct Dial: (503) 417-2132
E-mail: rta@bhlaw.com

August 12, 2005   File No. J99-3

**RECEIVED**
AUG 12 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>VIA FAX</u>

Ms. Karen Hom, Courtroom Deputy
Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

> Reference: BriteVision Media, LLC v. Java Jacket, Inc.
> Case No. C 05-00489 JCS
> <u>Request for Telephonic Participation</u>

Dear Ms. Hom:

Pursuant to the Further Case Management and Pretrial Order dated July 25, 2005, the undersigned requests to participate by telephone in the upcoming case management conference on August 19, 2005 at 1:30 p.m. You may reach me at 503-417-2132 (direct line).

If you have any questions, please do not hesitate to call.

Very truly yours,

Ronald T. Adams

RTA:jbc
H:\Client\J99-3\Corr\Spero ltr 02.doc

cc: Michael J. Coffino, Esq.
    Mr. Jay Sorensen

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge
Date 8/15/05

1900 FOX TOWER  805 SOUTHWEST BROADWAY  PORTLAND OREGON  97205-3359
TELEPHONE 503.224.5560   FACSIMILE 503.224.8148   WWW.BHLAW.COM