

# STEEFEL, LEVITT & WEISS
A Professional Corporation

August 12, 2005

**VIA ELECTRONIC FILING**

Hon. US Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *BriteVision Media, LLC v. Java Jacket, Inc.*
                 Case No. C 05-00489 JCS

Dear Judge Spero:

      Pursuant to the Further Case Management and Pretrial Order signed by Your Honor on July 25, 2005, we write to notify the Court that the counsel listed below will appear telephonically at the case management conference set for August 19, 2005 at 1:30 p.m.

      Counsel for Plaintiff BriteVision Media, LLC:
      Clyde Wadsworth, Esq.
      Tel. No.: (415) 788-0900

      Please do not hesitate to contact our office should you have any questions.

                                    Very truly yours,

                                    Jared S. MacDonald

JSM/etm

19013:6463030.1    Dated: Aug. 16, 2005

*IT IS SO ORDERED*
Judge Joseph C. Spero