```
MICHAEL J. COFFINO (State Bar No. 88109)
JARED S. MACDONALD (State Bar No. 221003)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, CA 94111-3719
Telephone:   (415) 788-0900
Facsimile:   (415) 788-2019

Attorneys for Plaintiff
BRITEVISION MEDIA, LLC, a California limited
liability company
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRITEVISION MEDIA, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAVA JACKET, INC., an Oregon corporation,<br><br>　　　　　Defendant. | Case No. C 05-00489 JCS<br><br>**STIPULATION OF DISMISSAL**<br><br>Date Complaint Filed:　　February 2, 2005 |

It is HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: August 12, 2005

STEEFEL, LEVITT & WEISS
A Professional Corporation

By: /s/ Jared S. MacDonald
Jared S. MacDonald
Attorneys for Plaintiff
BRITEVISION MEDIA, LLC

Dated: August 16, 2005

BLACK HELTERLINE, LLP

By: /s/ Ronald T. Adams
Ronald T. Adams
Attorneys for Defendant
JAVA JACKET, INC.

Dated: 8/17/5

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

STIPULATION OF DISMISSAL (No. C 05-00489 JCS)
19013:6463029.1

1